```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
EMMA MERCADO, :
:
Plaintiff, :
: 21-cv-03914 (LJL)
-v- :
: ORDER
EMUNAH MANAGEMENT CORP, HK PROPERTY :
GROUP LLC, UPTOWN BRONX, LLC, ANTHONY :
AVENUE INC., MOUNT ROYAL GROUP LLC, :
386 E 184 ST LLC, and HAROLD KLEIN, :
:
Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendants move on consent for an extension of the discovery schedules. Good cause has been established and the proposed schedule in Dkt. No. 19 is adopted as an order of the Court. The post-discovery status conference currently scheduled for January 7, 2022 is adjourned to March 16, 2022 at 11:00AM. One week before the conference the parties shall submit the letter required by the Court's case management plan available on the Court's website. A date for summary judgment motions and for a pretrial order and trial will be set at the conference. Defendants' motion for production of the signed release of authorization of Plaintiff's unemployment benefits is granted and the authorization shall be produced within two weeks of the date of this Order. Plaintiff does not dispute the relevance of the information to the case or argue burden. The parties are ordered to meet and confer regarding Plaintiff's request for documents as referenced in its letter at Dkt. No. 20. Plaintiff may make a motion for discovery pursuant to the Court's practices by one week from today if the efforts to meet and confer have been unsuccessful.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 19.

      SO ORDERED.

Dated: September 30, 2021              _____
      New York, New York                      LEWIS J. LIMAN
                                                            United States District Judge